# SUPERIOR COURT OF NEW JERSEY
## APPELLATE DIVISION

**JOSEPH H. ORLANDO**
CLERK

**JOHN K. GRANT**
DEPUTY CLERK

**MARIE C. HANLEY**
CHIEF COUNSEL



**RICHARD J. HUGHES JUSTICE COMPLEX**
**P.O. BOX 006**
**TRENTON, NEW JERSEY 08625-0006**
**(609) 292-4822**

DATE:   .February 10, 2016

TO:  ALL COUNSEL OF RECORD

TITLE:  N.J. DIV. OF CHILD PROTECTION & PERMANENCY V. D.M.
DOCKET: NO.  A-0558-14T1
OPINION FILED:  FEBRUARY 9, 2016

Dear Counsel:

    The opinion filed in the above matter was found to need typographical, grammatical or substantive change(s).  As a consequence, at the direction of the court, please substitute the enclosed copy of the opinion.  If you have any questions, please contact the Clerk's Office at 609-984-0885.

    Page 15, last line of footnote:  Correction to citation.

JOSEPH H. ORLANDO
CLERK

Enclosure(s)

cc:  WestGroup
     Lexis/Nexis

F-Disp-4(rev 9/06)